# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

L
07-1995
RJL

## I (a) PLAINTIFFS

Mary Johnson

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (NP)

## DEFENDANTS

Special Agents Stephanie Yanta, FBI, et al.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Case: 1:07-cv-01995
Assigned To : Leon, Richard J.
Assign. Date : 11/6/2007
Description: CIVIL RIGHTS NON. EMPLO...

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP (FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/ Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255* <br> ☐ 530 Habeas Corpus-General <br> ☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination* <br> ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br><br> *(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT* <br> ☐ 895 Freedom of Information Act <br> ☐ 890 Other Statutory Actions (if Privacy Act) <br><br><br><br> *(If pro se, select this deck)* | ☐ J. *Student Loan* <br> ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)* <br> ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor/Mgmt. Relations <br> ☐ 730 Labor/Mgmt. Reporting & Disclosure Act <br> ☐ 740 Labor Railway Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Empl. Ret. Inc. Security Act | ☒ L. *Other Civil Rights (non-employment)* <br> ☐ 441 Voting (if not Voting Rights Act) <br> ☐ 443 Housing/Accommodations <br> ☐ 444 Welfare <br> ☒ 440 Other Civil Rights <br> ☐ 445 American w/Disabilities-Employment <br> ☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract* <br> ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment & Enforcement of Judgment <br> ☐ 153 Recovery of Overpayment of Veteran's Benefits <br> ☐ 160 Stockholder's Suits <br> ☐ 190 Other Contracts <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | ☐ N. *Three-Judge Court* <br> ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐   DEMAND $ 1 million   Check YES only if demanded in complaint  JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO   If yes, please complete related case form.

DATE 11/6/07   SIGNATURE OF ATTORNEY OF RECORD  UCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 0 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mary Johnson -       Plaintiff
12221 Brandywine Road, Brandywine, MD 20613

v.

Defendants:
Special Agent Stephanie Yanta, FBI
441 Fourth Street, NW, Sixth Floor North, Washington, DC 20001
US DOJ AUSA Rachel Lieber, AUSA John Geise
950 Pennsylvania Ave, NW, Washington DC 20004

Case: 1:07-cv-01995
Assigned To : Leon, Richard J.
Assign. Date : 11/6/2007
Description: CIVIL RIGHTS NON. EMPLOY.

*JURY ACTION*

I, Mary R. Johnson, do hereby come before the Courts to file civil claim against the US Department of Justice, the Federal Bureau of Investigation, FBI Special Agent Stephanie Yanta, Assistant US Attorney Rachel Lieber, and Assistant US Attorney John Geise for damages in the amount of $1,000,000 for violation of my constitutional rights by government officials acting under Color of Law pursuant to 42 U.S.C.1983.

STATEMENT OF FACTS

Assistant US Attorneys Rachel Lieber and John Geise, along with FBI agents have violated several of the Rules of Professional conduct (Rule 3.8, Rule 8.4). These persons displayed blatant disregard for the truth, were dishonest, deceitful and made numerous misrepresentations to the courts, judges, trial jury, in the many affidavits, grand jury and pretrial motions and during the trial of *US v Jones, et al, CR-05-0386*. The government attorneys and agents violated the law, made numerous false, slanderous and perjured statements, violated many ethical codes, willfully ignored and violated my constitutional rights, and placed themselves above the law.

In an effort to cover up wrongful acts committed by the government agents, the government agents and attorneys conspired, altered, withheld and did not disclose some very important and significant Brady material under Rule 16. These items of evidence

RECEIVED
OCT 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

would have exposed the illegal actions taken by the FBI agents and further, the withholding of these items violated my Constitutional Rights and seriously interfered with Administration of Justice and violating the Code of Professional Conduct (Rule 3.8, Rule 8.4).

The Act of Perjury (Black Law) – The act or an instance of a person's deliberately making false or misleading statements while under oath.

The Act of Misconduct (Black Law) – Unlawful or improper behavior, corrupt violation of his or her duties, reckless disregard of another Rights, dishonesty or attempt to persuade a court or jury by using deceptive or reprehensive method.

The Law states, act or omission by an attorney, (prosecutors or persons which violating the attorney oath of office or the Rule of Code of Professional Conduct, currently in effect in the District of Columbia shall constitute misconduct. When the Government and law enforcement willfully ignore these violations and intentionally violate these misconducts. The Government knows the consequences and when they choose this course of action the consequences will be severe. When a member of the Bar is found to have betrayed his or her highest trust and has violated legal ethics by showing bias and prejudice towards a defendant or defense team, warrant prosecutorial misconduct.

Numerous examples of perjury (18§1623 False Declarations before Grand Jury or Court), false statements, misstatements and misconduct were made throughout the affidavit in the statement of facts as well as in court throughout the above referenced trial of US v. Antoine Jones, et al.

The US Supreme Court has ruled repeatedly that prosecutors have an ongoing duty to locate discoverable evidence held by agents of the State and present the discovery evidence in a timely manner, not during trial or when a witness gets up for the Government, as was the case in this trial. Even if the prosecutor doesn't know about the evidence because the agents withheld it, as fellow agents of the Government, prosecutors

2

are held to have "constructive knowledge" of law enforcement evidence. This is about making sure that the trial is a search for the truth, and the truth comes out. The neglect of the Brady material under Rule 16, by the Government which is favorable to the accused upon request violates due process. The Government held back on numerous items of Brady material as well as Jencks and Giglio materials.

Assistant US Attorney, John Geise along with Detective Norma Horne together conspired to mislead and deceive the Grand Jury on January 26, 2006 by allowing Norma Horne to testify under oath that my daughter and son-in-law owned 6 houses. Refer to Norma Horne's grand jury testimony [violating federal criminal Code 18§1623]. The agents stated that there was an investigation lasting over a year.

I was living with my daughter (Paulette Bizzelle) and her two children at 12221 Brandywine Road, Brandywine, Maryland. Paulette Bizzelle and I were renting the house from my other daughter and her husband (Deniece & Antoine Jones). We had been living (renting) in the Brandywine Road house since August 2004. On the morning of October 24, 2005, I was awakened by the sound of FBI agents and DC MPD detectives banging on my front door. The house has a security door and the agents were unable to breakthrough the security door. My daughter dialed 911 and was talking with the dispatcher who instructed us not to open the door because they had not dispatched police to that address. The dispatcher informed my daughter that she would be sending an officer to the house. The agents (FBI and MPD) were yelling threats through the door and demanding us to open the door immediately. I was frightened by the yelling, the threats and the shotguns pointed at me and eventually unlocked the door with trembling hands. The agents stormed the house and held me, my daughter and two grandchildren (ages 10 and 11) at gunpoint. The agents said they were looking for my son-in-law (Antoine Jones, Sr.). My daughter and I both informed them that we had been living there for over a year and my son-in-law did not live there. The agents proceeded to search the house and continued to hold us all at gunpoint. This entire ordeal was stressful to the entire household. The children and I were visibly shaken by this incident.

3

My daughter, Deniece Jones, is a licensed Realtor as well as a small business owner. She and my son-in-law operate a home-based consulting firm as well as a real estate investment venture. On the morning of October 24, 2005, the agents entered her house where she and her husband and son were living on Moore Street, Waldorf. The agents took away her business papers, pending real estate contracts, and documents pertaining to her consulting business. This incident severely handicapped her ability to continue business affairs in both the consulting business and the real estate business. My daughter was unable to keep up the mortgage on her house and unable to pay many of her other bills and eventually had to move-in with me. She has had to borrow money from me on many occasions since this incident. Since moving in with me, I have been supporting her financially with my retirement income.

Rule 16 states that the defendant is entitled to his discovery and in a timely manner. The non-disclosure of these relevant documents, discovery, and important evidence, under Rule 16, the Brady Material is a violation of Ethical Code, Rule 3.8, Rule 8.4 and Prosecutorial Misconduct.

Special Agent Stephanie Yanta created an affidavit and presented to the courts to obtain Wiretap authorization on the cell phone used by my son-in-law (Antoine Jones). Agent Yanta further used information obtained through the wiretap to lie, harass, deceive, and interfere with my daughter and son-in-law's legitimate business partners. Refer to September 2, 2005 wiretap Affidavit.

On September 2, 2005, Special Agent Stephanie E. Yanta, Federal Bureau of Investigation requested an application for an authorizing the interception of wire communication to and from mobile cellular telephone number 202-538-3946 (FSN010330005007579).

Complaint #1: Agent Yanta, the FBI, and the DC MPD Safe Streets Task Force monitored and illegally eavesdropped on personal, business and private conversations.

4

During this eavesdropping the agents never heard Antoine Jones say he was coming to or visiting the Brandywine Road house.

Complaint #2: Agent Yanta illegally retrieved the text messages from cell phone 202-583-3946, used the text messages to mislead and deceive the Judge in the probable cause section in the September 2, 2005 wiretap affidavit. Agent Yanta made false statements, slanderous statements, false conclusions and displayed reckless disregard for the truth. Again, the agents have no reference of Antoine Jones coming to or visiting the Brandywine Road house, and therefore, no probable cause or reason to search the house.

Complaint #3: Agent Yanta's September 2, 2005 wiretap affidavit has no probable cause, no incriminating facts or evidence pertaining to me or anyone living at the Brandywine Road house. Instead, Agent Yanta filled the affidavit with deception, perjury statements and false information.

Complaint #4: Slander, invasion of privacy, loss of consortium, depression and stress inflicted by the FBI and MPD Safe Streets Task Force.

Complaint #5: Ms. Rachel Lieber and Mr. Jack Geise both engaged in prosecutorial misconduct by allowing, encouraging and participating along with the FBI, MPD and ICE agents and detectives in deceiving the courts, manipulating the facts, and forging false documents, witness testimonies and statements throughout the trial.

Signed,
Mary R. Johnson

*Mary R Johnson*

5