UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1995 (RJL)<br>) (ECF) |
| STEPHANIE YANTA, et al., | ) |
| Defendants. | ) |

### FEDERAL DEFENDANTS' MOTION TO ENLARGE TIME
### TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Federal Defendants respectfully request an enlargement of time to file an answer or otherwise respond to the complaint in this case. Federal Defendants' answer is due February 11, 2008. Federal Defendants request to and including March 27, 2008, to file an answer or otherwise respond to the complaint.

Plaintiff, has filed this complaint as *pro se*, and brings this action against Agent of Federal Bureau of Investigation Stephanie Yanta, the Department of Justice, and Assistant United States Attorneys Rachel Lieber and John Geise.[1]

Because Plaintiff is alleging constitutional claims, Defendants sued may request legal representation by the Department of Justice, pursuant to 28 C.F.R. § 50.15.

Although the undersigned is close to completing a response, this extension is needed to develop a coordinated response to Antoine Jones and his family members' law suits. This is the

---

[1] By way of this motion for an extension of time, the individual federal defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

first enlargement request for this deadline.

Because plaintiff is, appearing here *pro se*, and does not list a telephone number where she can be reached, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact her regarding this motion.[2]

WHEREFORE, Federal Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

February 07, 2008                                  Respectfully submitted,


__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 __/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## CERTIFICATE OF SERVICE

      I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Mary Johnson
12221 Brandywine Road
Brandywine, MD 20613


on this 7th day of February 2008          _/s/_____
                                                     KENNETH ADEBONOJO
                                                     Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JOHNSON,<br><br>      Plaintiff,<br><br>      v.<br><br>STEPHANIE YANATA, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1995 (RJL)<br>)  (ECF)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2008, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before March 27, 2008.

 

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530

Mary Johnson
12221 Brandywine Road
Brandywine, MD 20613