UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_MARY JOHNSON_
Plaintiff(s)

vs

_STEPHANIE YANTA, ET AL_
Defendant(s)

Civil Action No. _07-1995 (RJL)_

**FILED**

FEB 8 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

The plaintiff(s) was granted leave to proceed <u>in forma pauperis</u> to file this action. The Court authorized the United States Marshal to complete service of process, pursuant to 28 U.S.C.1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is listed below.

_STEPHANIE YANTA_

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the attached form and file it with the Court by _2/21/08_ Pursuant to Local Rule 5. 1 (e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

_____
UNITED STATES DISTRICT JUDGE

Rev. 1/01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mary Johnson

vs.

Stephanie Yanta, et al

C.A. No. 07-1995 RJL

**PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER**

Defendant's name: _____

Defendant's address: _____


Defendant's name: _____

Defendant's address: _____
_____


Defendant's name: _____

Defendant's address: _____
_____


Defendant's name: _____

Defendant's address: _____
_____


Defendant's name: _____

Defendant's address: _____
_____


Defendant's name: _____